UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| W.Y. INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KARI-OUT CLUB, LLC, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 08-5349(SDW) |

**PROPOSED VERDICT FORM**

Based on the evidence admitted at trial and in accordance with the instructions as given by the Court, we, the jury, unanimously agree to the answers to the following questions:

**INFRINGEMENT**

1.  Has W.Y. proven by a preponderance of the evidence that the Kari-Out defendants infringed the '689 patent?

    __X__ Yes (for W.Y.)          _____ No (for Kari-Out)

If Yes, please go to Question #2. If No, please cease deliberations.

## DAMAGES

2.  If you have found that the claim of the '689 design patent is infringed, what damages do you find W.Y. has proven that it is more probable than not it has suffered as a result of that infringement?

Reasonable Royalty

Royalty Rate: $0.003

Total Royalty damages: $173,700.90

Total Damages $173,700.90

For the Jury:

By: █████████████

Foreperson

Date 12/6/2012

461005