# UNITED STATES DISTRICT COURT

# FOR THE

# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| W.Y. INDUSTRIES, INC. | : | |
| | : | |
| plaintiff, | : | 08cv5349 (SDW) |
| vs. | : | |
| KARI-OUT CLUB, LLC, et al | : | **JUDGMENT** |
| defendant | : | **ORDER** |

This action having come for trial before the Court and a jury, Honorable Susan D. Wigenton, United States District Judge, presiding, the issues having been duly tried; and

The jury having duly rendered its verdict;

It is on this 11th day of December, 2012,

ORDERED and adjudged that a verdict in favor of the Plaintiff W.Y. Industries, Inc. and against the Defendant Kari-Out Club, LLC be entered in the amount of $173,700.90 subject to interest and costs;

Further ORDERED that the Clerk of the Court is directed to close this case.

_____
Susan D. Wigenton, U.S.D.J.